UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DOCKET NO. 3:12-cr-239 |
| v. | ) | |
| | ) | **ORDER** |
| KUROSH MEHR (9) | ) | |
| | ) | |

**THIS MATTER** is before the Court concerning Defendant's Waiver of Conflict (Doc. No. 690) filed September 23, 2014. Therein, Defendant acknowledges a potential conflict his attorney may have in this case. The Court will conduct a hearing to determine whether Defendant understands the nature of the conflict presented by these circumstances in advance of his trial, which is set to begin Monday, September 29.

**IT IS THEREFORE ORDERED** that the Court will conduct an inquiry hearing on **September 26, 2014 at 10:30 a.m. in Courtroom 3 in the Charlotte Division.**

**SO ORDERED.**

Signed: September 25, 2014

Graham C. Mullen
United States District Judge