UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CASE NO. 3:12-cr-239 |
| v. | ) | |
| | ) | **ORDER** |
| KUROSH MEHR (9) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Defendant's Motion for Release from Custody (Doc. No. 720). Defendant was taken into custody on October 2, 2014 following his conviction at trial. He now moves for release pursuant to 18 U.S.C. § 3143 and requests a hearing on this matter.

**IT IS THEREFORE ORDERED** that the Court will conduct a hearing on Defendant's Motion for Release from Custody on **October 14, 2014 at 10:30 a.m. in Courtroom 3 in the Charlotte Division.** The U.S. Marshal Service is directed to transport the Defendant to the hearing. The Clerk of Court is directed to certify copies of this order to the U.S. Marshal Service, the U.S. Probation Office, and the Defendant.

**SO ORDERED.**

Signed: October 7, 2014

Graham C. Mullen
United States District Judge